UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM ADLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-0003 (ESH) |
| ) | |
| VISION LAB TELECOMMUNICATIONS, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Judgment on the Pleadings is **GRANTED** with respect to Counts II, III, and IV, and **DENIED** with respect to Counts I and V; and it is

**FURTHER ORDERED** that Counts II, III, and IV, are **DISMISSED WITH PREJUDICE**.

                                                                    s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   October 17, 2005